UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 13-04130 |
| | ) | |
| SPOKO ENTERPRISES, LLC, | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor | ) | Chapter 11 |

## NOTICE OF MOTION

To:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the 17th day of November, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer in Courtroom 682 in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached motion at which time you may appear if you so desire.

/s/ Joel A. Schechter

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and says that he served the above and foregoing notice and attached motion on the parties on attached service list via first class mail, postage prepaid, on the 2nd day of November, 2014, before the hour of 1:00 p.m. from 53 W. Jackson Blvd., Chicago, Illinois 60604.

/s/ Joel A. Schechter

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, Illinois   60604; (312) 332-0267

All Roofs & Sheet Metal
9400 Schiller
Schiller Park, IL 60176

All Roofs & Sheet Metal
5449 N. Harlem
Chicago, IL 60656

Allied Waste Services
1750 West Carroll
Chicago, IL 60612

Allied Waste Services of Chicago
2608 South Damen
Chicago, IL 60608

City of Chicago
Department of Water Management
P.O. Box 6330
Chicago, IL 60680-6330

City of Chicago
Corporate Counsel - City Hall
121 N. LaSalle Street, Suite 600
Chicago, IL 60602

ComEd
P. O. Box 6111
Carol Stream, IL 60197

ComEd
Bill Payment Center
Chicago, IL 60668

Freddy A. Amarillo
3406 West Jarvis
Chicago, IL 60646

John Tylka
720 E. North Street
Itasca, IL 60143

Phillip A. Pluister
Burke Costanza & Carberry LLP
156 S. Washington
Valparaiso, IN 46383

Ocwen Loan Servicing, LLC
4828 Loop Central Drive
Houston, TX 77081

Patrick S. Layng, U.S. Trustee
219 South Dearborn Street
Room 873
Chicago, IL 60604

Paul Bernstein
333 East Ontario Street
Suite 2102B
Chicago, IL 60611

Roman Kowalczyk
24552 River Crossing Cr
Shorewood, IL 60404

The Judicial Sales Corporation
One South Wacker Drive
24th Floor
Chicago, IL 60606

U.S. Bank, N.A., as Trustee
c/o McGinnisWutscher LLP
105 W. Madison St., Suite 1800
Chicago, IL 60602

Cook County Clerk
118 N. Clark St., Room 434
Chicago, IL 60602

Cook County Treasurer
118 N. Clark St., Room 112
Chicago, IL 60602

Phoenix Bond & Indemnity Co.
161 N. Clark St.
Chicago, IL 60601

Spoko Enterprises, Inc.
3850 West Cortland St.
Chicago, IL 60647

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-04130 |
| | ) | |
| SPOKO ENTERPRISES, LLC | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor and Debtor-in-Possession | ) | Chapter 11 |

## MOTION OF DEBTOR, SPOKO ENTERPRISES, LLC, FOR ENTRY OF FINAL DECREE TO CLOSE CHAPTER 11 CASE

Now Comes the Debtor and Debtor-in-Possession, Spoko Enterprises, LLC ("Debtor"), by and through its attorney, Joel A. Schechter of the Law Offices of Joel A. Schechter, and moves the Court pursuant to 11 U.S.C. §350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure for the entry of a final decree closing the bankruptcy case, and in support thereof states as follows:

1. On February 2, 2013, the Debtor filed a voluntary petition pursuant to Chapter 11 of Title 11, United States Code ("Case").

2. The Debtor remained in possession of its assets and continued to operate its affairs pursuant to 11 U.S.C. §1107 and §1108.

3. No trustee or creditors committee was appointed herein.

4. The Debtor is the beneficial owner of the real property commonly known as 3850 West Cortland Street, Chicago, IL 60647 ("Property").

5. The Case was filed in order to restructure the secured debt on the Property.

6. On May 9, 2014, this Honorable Court entered an order confirming the Debtor's second amended plan of reorganization ("Plan")

7. The Plan provides for the payment of Administrative Claims and divided the creditor body into six (6) classes of claims or interests.

8. Class 1 consists of the secured claim of U.S. Bank, N.A. in the restructured amount of $750,000.00, plus interest at six (6%) percent per annum. This claim is to be repaid in monthly payments commencing on the first day of the month following the Effective Date in the amount of $4,496.63 allocated to principal and interest and $3,666.66 allocated to a real estate tax escrow. The payment of principal and interest is based upon a thirty (30) year amortization schedule. Sixty (60) months after the Effective Date, the then remaining balance due U.S. Bank, N.A. is to be repaid in full. In the event the debt cannot be paid in full at that time and U.S. Bank, N.A. does not agree to a further restructure of the debt, then the Debtor will execute a deed-in-lieu of foreclosure in favor of U.S. Bank, N.A.

9. Class 2 consists of the secured claim of U.S. Bank, N.A. with respect to a redemption of the real estate taxes for the years 2010-2012. The allowed amount of the claim is $119,774.86, plus interest at six (6%) percent per annum. This claim is to be repaid in monthly installments commencing on the first day of the month following the Effective Date in the amount of $2,315.58.

10. Class 3 consists of the allowed unsecured claim of U.S. Bank, N.A., in the amount of $1,372,411.00, to be repaid 1% on or before sixty (60) months after the Effective Date.

11. Class 4 consists of the allowed claims of unsecured creditors in the total amount of $96,957.88. This class is to be repaid the total amount of twenty-one (21%) per cent of the allowed claims, without interest, in monthly payments over sixty (60) months commencing thirty (30) days after the Effective Date.

12. Class 5 consists of the allowed claims of the members of the Debtor, Roman Kowalczyk and John Tylka. No payments are to be made to these creditors under the Plan.

13. Class 6 consists of the allowed interests of Roman Kowalczyk and John Tylka as members of the Debtor. The Plan provides for the members to retain their interests in the Debtor.

14. Pursuant to Rule 3022-1 of the Local Bankruptcy Rules, the Debtor hereby alleges that it is in full compliance with the Plan as follows:

   a. The Debtor is current in its monthly obligations to the Class 1-4 claimants.

b. No payments were due to the claimants in Class 5.

WHEREFORE, the Debtor, Forever Construction, Inc. prays the Honorable Court enter a final decree closing the Chapter 11 case and for such other and further relief as the Court may deem just and proper.

                Respectfully submitted,

                Spoko Enterprises, LLC, Debtor
                and Debtor-in-Possession


                By:    Joel A. Schechter
                        Its Attorney

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, IL 60604; (312) 332-0267