UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-04130 |
| SPOKO ENTERPRISES, LLC | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE CLOSING CHAPTER 11 CASE

At Chicago, IL, this 17th day of November, 2014, before the Honorable Jack B. Schmetterer, Bankruptcy Judge, in the said district and division.

This matter coming on for hearing on the motion of the Debtor, Spoko Enterprises, LLC to enter the final decree closing the Chapter 11 case pursuant to 11 U.S.C. Section 350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure; notice having been served on all parties in interest including all creditors of the estate; the Court having jurisdiction and being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED that the final decree closing the Chapter 11 case be, and hereby is, entered.

Enter: /s/ Jack B. Schmetterer

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  November 17, 2014

**Prepared by:**

Joel A. Schechter
Attorney No. 3122099
Law Offices of Joel A. Schechter
53 West Jackson Blvd, Suite 1522
Chicago, IL 60604
312-332-0267